# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES ex rel.,**
**BEVERLY COSS,**

        Plaintiff,

-vs-　　　　　　　　　　　　　　　　　　　　　Case No. 6:07-cv-750-Orl-28KRS

**NORTHROP GRUMMAN, INC.,**

        Defendant.

## ORDER

This case is before the Court on the Motion for Leave to Withdraw as Counsel (Doc. No. 4) filed April 25, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed May 21, 2008 (Doc. No. 9) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Motion for Leave to Withdraw as Counsel (Doc. No. 4) is **GRANTED**. John Andres Thornton and Alan Grayson are hereby withdrawn as attorneys for Beverly Cross.

3.  This case is dismissed without prejudice for failure to comply with a pretrial order of the Court as required by Federal Rule of Civil Procedure 16(f).

4.  The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __11__ day of June, 2008.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party